**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
BRUNILDA VILLAR,

                Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY,
                Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/27/19

19 **CIVIL** 5456 (JLC)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 26, 2019, that the decision of the Commissioner of Social Security is reversed and that this action is remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, including offering Plaintiff the opportunity for a new hearing and de novo decision in accordance with the Commissioner's rules and regulations.

**Dated:** New York, New York
         November 27, 2019

                                              **RUBY J. KRAJICK**

                                                  **Clerk of Court**
                 BY:
                                                  **Deputy Clerk**